# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

GRETCHEN MARTINI,

                Plaintiff,

v.

BICYCLE HEALTH INC., BICYCLE HEALTH MEDICAL GROUP PA, and ANKIT GUPTA,

                Defendants.

Case No. 22-CV-1509-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion to compel arbitration, ECF No. 13, be and the same is hereby **GRANTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is **COMPELLED** to arbitrate her claims in this action with Defendants; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

March 31, 2023
Date

GINA M. COLLETTI
Clerk of Court
s/ *Jodi L. Malek*
By: Deputy Clerk